**ORDER**

THIS MATTER having been brought before the court as a result of a Motion for Emergency

Injunction, and the court having considered the matter, and for good cause shown;

It is on this _____ day of _____, 20_____, **ordered** that:

1.  All actions by Defendants to take possession of PARCEL NO. C-0043-0000-0000 in Iron

    County, Utah is hereby STAYED until this matter can be settled in a valid court

    proceeding with jurisdiction purview.

/s/_____

January 12, 2023

CERTIFIED MAIL #
RETURN RECIEPT REQUESTED
FIRST CLASS MAIL

**ONE EXAMPLE OF THE MULTIPLE BREACH OF CONTRACT NOTICES, 2023**

GALLIAN WELKER & ASSOCIATES, L.C.

Dear Mr. Ekins,

Please be advised that you have forwarded your notices to incorrect addresses. I have received your notice dated December 27, 2023 on January 4th, 2024.

Both addresses you have sent mailings to are invalid and have been forwarded to me by someone at the wrong address. Please send any further correspondence to:

Rural Route
Marina Investments, LLC
Ryan R. Walz
2077 South Main Street
Spanish Fork, Utah [84660]

There is no valid or lawful contract between Marina Investments, LLC and TIAMA INVESTMENTS, LLC.

Marina Investments, LLC is in fact disputing this debt. The referenced Promissory Note contract is considered null and void due to breach of contract, duress, attempted fraud, and lack of consideration by TIAMA INVESTMENTS, LLC. For such reasons Marina Investments, LLC has additionally quit it's claim to said property.

Thank you for your correspondence.
Sincerely,

Ryan R. Walz

Recodred at the request of
Tabitha Kidrick and remit to:
Ryan-Robert: Walz
c/o rural route 2077 south main street
Spanish Fork, Utah republic zip exempt
Without the District of Columbia.

And

Mr. Matthew D. Ekins
965 East 700 South Suite 305
Saint George, Utah [84790]

**AFFIDAVIT OUTLINING BREACH OF CONTRACT DETAILS (original notarized document on file)**

May 14, 2024

## AFFIDAVIT OF FACTS

In and around October of 2023 Carol Vuong ("Carol") and her associates attempted to commit fraud upon Mr. Ryan-Robert: Walz ("Ryan") along with her attorney Mr. Matthew D. Ekins. ("Matthew"). Ryan, acting as Trustor had prior created a DEED OF TRUST agreement with Carol regarding the land in Iron County, Utah associated with parcel #C-0043-0000-0000. Carol and her associates violated the agreement by attempting to coerce Ryan into paying the agreed upon funds into accounts not pertinent to the contract, leaving the contract Null and Void while leaving Ryan compromised. Additionally, Carol and her associates refused to reinstate the entity of which had originally contracted with. As such Ryan withheld payment and made clear that he considered the contract to be null and void. Correspondence of such is included as evidence to these facts. Neither Carol nor Matthew responded to these claims.

In May of 2024 Mr. Matthew D. Ekins knowing that the contract had been broken and fraud had been attempted, decided to attempt further fraud, and attempted to execute a Trustee Sale by posting public notice and not informing Ryan of the intended sale or of the intent to sell, or of his intent to disregard Ryan's dispute and pursue an action of foreclosure on a voided contract.

When Ryan learned of this; to protect the Trust and its original intentions, Ryan executed a Trust Reshaping document at the county recorders in Iron County, Utah, document # 00818254 on May 10, 2024.

Ryan submitted said correspondence to Matthew who further refused to address the allegations of a voided contract and attempted to coerce Ryan into acknowledging a voided

contract. Matthew has refused to obey the orders of the Trust. Matthew further has threatened the Rights of Ryan by additionally attempting to coerce him to remove from the record the facts. Claiming that Ryan had no authority as he was not a member of the Utah State Bar Association.

To protect the Trust Ryan sent notice to both the Fifth Judicial District Court and the Iron County Sheriff to prevent fraud from being caused by the court, the sheriff or against the Trust.

_____
Ryan-Robert: Walz

STATE OF UTAH          )
                                        :ss
COUNTY OF UTAH    )


The foregoing instrument was acknowledged before me this 15th day of May, 2024, by Ryan Robert Walz, referred to in this instrument AFFIDAVIT OF FACTS.


_____
Notary Public
My Commission Expires:          Residing at:


_____          _____